**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. G., a minor, by and through minor's Guardian ad Litem SUZANNE QUIROZ-GREENE, as Wrongful Death Heir and Successor-in-Interest to LEJON GREENE, Deceased,<br><br>             Plaintiffs,<br>vs.<br><br>THOMAS DEE ENGINEERING COMPANY, et al.,<br><br>             Defendants. | Case No. 3:11-cv-05133-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 25, 2014           By: _____
                                               Charles R. Breyer
                                               United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY