UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUZANNE QUIROZ-GREEN, et al.,

          Plaintiffs,

    v.

THOMAS DEE ENGINEERING COMPANY, et al.,

          Defendants.

Case No.  11-cv-05133-CRB   (JSC)

**ORDER TO PLAINTIFFS FOR STATUS UPDATE**

On or before **August 14, 2015**, Plaintiffs shall file with the Court (confidentially, via email to jscpo@cand.uscourts.gov) an update that advises the Court on (1) which defendants remain in this action, and (2) the status of settlement negotiations with each remaining defendant, as well as any other information Plaintiffs deem helpful to the Court for deciding how to best facilitate the resolution of this action.  Each remaining defendant may, but is not required to, submit its own statement.

    **IT IS SO ORDERED.**

Dated: July 31, 2015

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California