UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE QUIROZ-GREEN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>THOMAS DEE ENGINEERING COMPANY, et al.,<br><br>   Defendants. | Case No. 11-cv-05133-CRB   (JSC)<br><br>**ORDER RE: SETTLEMENT NEGOTIATIONS** |

The Court understands that the remaining defendants in this action are Thomas Dee Engineering, J.T. Thorpe, and General Dynamics. Counsel for Plaintiffs and counsel for Thomas Dee Engineering and J.T. Thorpe are directed to meet in person to discuss settlement of this action on or before October 14, 2015. Plaintiffs shall provide the Court with an update on the status of the negotiations by October 21, 2015.

**IT IS SO ORDERED.**

Dated: September 23, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge