AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

SUZANNE QUIROZ-GREEN, et al.,

                        Plaintiff (s)

    V.

THOMAS DEE ENGINEERING COMPANY, et al.,

                        Defendant (s),

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-cv-05133-CRB

Notice is hereby given that, subject to approval by the court, __J.T. Thorpe & Son, Inc.__ substitutes
                                                                              (Party (s) Name)

__Lisa L. Oberg__ , State Bar No. __120139__ as counsel of record in
      (Name of New Attorney)

place of __Noel Edlin, Esq., Bassi, Edlin, Huie & Blum.__
                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Dentons US LLP

    Address:          One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA  94105

    Telephone:     (415) 267-4000          Facsimile (415) 267-4198

    E-Mail (Optional):

I consent to the above substitution.

Date:          10 - 1-15

Mark Stutzman, CEO / J.T. Thorpe & Son, Inc.

                              (Signature of Party (s))

I consent to being substituted.

Date:          10-1-15

Noel Edlin, Esq. / Bassi, Edlin, Huie & Blum

                             (Signature of Former Attorney (s))

Dentons US LLP

I consent to the above substitution.

Date:          10.2.15

                              (Signature of New Attorney)

Lisa L. Oberg

The substitution of attorney is hereby approved and so ORDERED.

Date:    **October 6, 2015**

                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com