BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA GREENE as Wrongful Death Heir and Successor-in-Interest to LEJON GREENE, Deceased,<br><br>        Plaintiff,<br>vs.<br><br>THOMAS DEE ENGINEERING COMPANY, et al.,<br><br>        Defendants. | Case No.  3:11-cv-05133-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THOMAS DEE ENGINEERING COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant THOMAS DEE ENGINEERING COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 12, 2016                              By: _____
                                                                   Charles R. Breyer
                                                                   United States District Judge