UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA GREENE, as Wrongful Death Heir and Successor-in-Interest to LEJON GREENE, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>THOMAS DEE ENGINEERING COMPANY, et al.<br><br>    Defendants. | ) Case No. 3:11-CV-05133-CRB<br>)<br>)<br>) **ORDER GRANTING PARTIES'**<br>) **DISMISSAL WITH PREJUDICE OF**<br>) **DEFENDANT HUNTINGTON INGALLS**<br>) **INCORPORATED, (FKA NORTHROP**<br>) **GRUMMAN SHIPBUILDING INC.)**<br>)<br>)<br>)<br>)<br>) |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HUNTINGTON INGALLS INCORPORATED, formerly known as HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.) are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 6, 2016          By: _____
                                                Charles R. Breyer
                                                United States District Judge